IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-861-FDW-DCK

| | |
|---|---|
| BUBAN FRU GWENDOLINE, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO MAYORKAS, and ) | |
| UR MENDOZA JADDOU, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Local Counsel Craig M. Shapiro on September 24, 2024.

Applicant Joshua Laban Goldstein seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Joshua Laban Goldstein is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 25, 2024

David C. Keesler
United States Magistrate Judge