## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:24-CV-861-FDW-DCK

| | | |
|---|---|---|
| **BUBAN FRU GWENDOLINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALEJANDRO MAYORKAS,  and** | ) | |
| **UR MENDOZA JADDOU,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Stay" (Document No. 11) filed December 12, 2024.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b) and immediate review is appropriate.  Having carefully considered the motion, the record, and the applicable authority, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendants request that this matter be stayed pending resolution of Plaintiff's asylum interview.  (Document No. 11).  Plaintiff's asylum interview is currently scheduled for January 10, 2025. <u>Id.</u>  Defendants request a stay of one hundred twenty (120) days from Plaintiff's currently scheduled asylum interview date "to consider Plaintiff's application and ultimately determine how to proceed in this case." <u>Id.</u>

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Stay" (Document No. 11) is **GRANTED**.  This matter is **STAYED** through **May 12, 2025**.  The parties shall file a Stipulation of Dismissal or a Joint Status Report by **May 16, 2025**.

**SO ORDERED**.     Signed: December 17, 2024

David C. Keesler
United States Magistrate Judge